UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LIGHT & WONDER, INC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 6:25-CV-00288-LS |
| | § | |
| **GAMBLE SMART LLC,** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is Defendant Gamble Smart LLC's request for court direction.[1] The filing includes a request for court-ordered negotiation.[2] The filing was made pro se. It is a "well-settled rule of law that a corporate entity cannot appear in federal court unless represented by a licensed attorney."[3] Therefore, the Court strikes Defendant's motion [ECF No. 22]. The Court will, however, withhold action in this case for **45 days** from the date of this order to allow for alternative dispute resolution if the parties so choose.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 5, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 22.
[2] *Id.* at 2.
[3] *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004); *see also Cunningham v. Headstart Warranty Grp., LLC*, No. 3:24-cv-545-X-BN, 2024 WL 1810481, at *2 (N.D. Tex. Apr. 25, 2024) (holding that the rule that a corporation must be represented by counsel also applies to LLCs).