UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LIGHT & WONDER, INC.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | NO. 6:25-CV-00288-LS |
| | § § § | |
| **GAMBLE SMART LLC,** | § § § | |
| *Defendant.* | § | |

**[PROPOSED] FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER**

This matter comes before the Court by motion filed by Plaintiff for the entry of final judgment and permanent injunction by default against Defendant for Defendant's copyright infringement, trademark infringement, unfair competition and false designation of origin claims arising out of Defendant's unauthorized use of Plaintiff's L&W Trademarks, L&W Common Law Trademarks and L&W Copyrights[1] including, without limitation, in its advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling unauthorized gaming machines and software, containing identical or substantially indistinguishable copies of the L&W Trademarks, L&W Common Law Trademarks and/or L&W Copyrights.

The Court, having considered the Memorandum of Law, Declaration of Joshua J. Bennett in support of Plaintiff's Motion for Default Judgment and exhibits annexed thereto, and upon all other pleadings and papers on file in this action, it is hereby:



---

[1] As defined in the Complaint. ECF No. 1.

ORDERED, ADJUDGED AND DECREED that judgment is granted in favor of Plaintiff on all counts in the Complaint, Defendant willfully and intentionally infringed Plaintiff's L&W Trademarks, L&W Common Law Trademarks and L&W Copyrights.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff and against Defendant in the amount of $36,066,801.06, which is calculated as follows:

A. Statutory damages of $36,000,000 pursuant to 17 U.S.C. § 504(c);

B. Reasonable attorney's fees of $49,963.50 pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 505;

C. Costs of $16,837.56 pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 505.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defendant, along with all of its officers, agents, servants, employees, representatives, successors, assigns, attorneys, and all other persons acting on behalf of, for, with, through, or under authority from Defendant, or in concert or participation with Defendant, who receive actual notice of this Order, are permanently enjoined and restrained from:

A. Using in connection with the manufacture, sale, offering for sale, distribution, advertising, or promotion of any goods or services, including but not limited to use on the products themselves, and/or on the labels or packaging for the products and/or advertising or promotional materials for such products or services any reproduction, counterfeit, copy, or colorable imitation of the L&W Trademarks or L&W Common Law Trademarks, or any other trademarks, service marks, names, trade names, trade dresses, logos, designs, that are substantially indistinguishable from, confusingly

similar to, or dilutive of any of the L&W Trademarks or L&W Common Law Trademarks;

B. Engaging in any course of conduct likely to cause confusion, deception, or mistake, or to injure Plaintiff's business reputation or dilute the distinctive quality of Plaintiff's name and the L&W Trademarks or L&W Common Law Trademarks;

C. Using a false description or representation, including words or other symbols tending to falsely describe or represent Defendant's unauthorized goods as being those of Plaintiff, or as being sponsored by, licensed by, authorized by, originating from, or otherwise associated with Plaintiff, and from offering such goods into commerce;

D. Further infringing the L&W Trademarks and L&W Common Law Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the L&W Trademarks or L&W Common Law Trademarks;

E. Using any simulation, reproduction, counterfeit, copy or colorable imitation of the L&W Trademarks or L&W Common Law Trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation, or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored, approved by, or connected with Plaintiff;

F. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured,

distributed, sold, or rented by Defendant is in any manner associated with, connected to Plaintiff, or is sold by, manufactured by, licensed by, sponsored by, approved by, or authorized by Plaintiff;

G. Copying, displaying, distributing or creating derivative works of the L&W Copyrights

H. Engaging in any activity constituting an infringement of any of the L&W Trademarks, L&W Common Law Trademarks or L&W Copyrights or of Plaintiff's rights in, or to use or to exploit, said L&W Trademarks, L&W Common Law Trademarks or L&W Copyrights, or constituting any dilution of Plaintiff's name, reputation or goodwill;

I. Secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the L&W Trademarks, L&W Common Law Trademarks, or L&W Copyrights;

J. Selling, offering for sale, or advertising any merchandise bearing the L&W Trademarks, L&W Common Law Trademarks, or L&W Copyrights on the Internet or in e-commerce, including but not limited to all forms of social media; and

K. Effecting assignments or transfers, forming new entities or associations, assisting, aiding, abetting any other person or entity, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (J).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant be ordered to recall and deliver up for destruction to Plaintiff all unauthorized products and materials

containing copies of, bearing, or sold under, the L&W Trademarks, L&W Common Law Trademarks, or containing or embodying copies of the L&W Copyrights, which have been shipped by Defendant or under their authority, to any customer, including but not limited to, any wholesaler, distributor, retailer, consignor, or marketer, and also to deliver to each customer a copy of this Court's order as it relates to the injunctive relief against Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant must deliver up for destruction to Plaintiff all products, bags, boxes, labels, tags, signs, packages, receptacles, advertising, sample books, promotional material, stationary or other materials in the possession, custody, or under the control of Defendant that are found to infringe the L&W Trademarks, L&W Common Law Trademarks or L&W Copyrights or that otherwise unfairly compete with Plaintiff and its products.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant must supply Plaintiff with the name, address and contact information for each person or entity from whom or from which Defendant has purchased or obtained any item bearing L&W Trademarks, L&W Common Law Trademarks or L&W Copyrights, including copies of all records and receipts of the aforementioned sales.

IT IS FURTHER ORDERED, ADJUDGED AND DECEED that any failure by Defendant to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defendant to contempt remedies to be determined by the Court, including fines and seizures of property.

IT IS FURTHER ORDERED, ADJUDGED AND DECEED that this Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

Dated: _____, 2025  
El Paso, Texas

_____  
HON. LEON SCHYDLOWER  
UNITED STATES DISTRICT JUDGE