UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LIGHT & WONDER, INC.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | NO. 6:25-CV-00288-LS |
| | § § | |
| **GAMBLE SMART LLC,** | § § | |
| *Defendant*. | § § | |

### DECLARATION OF JOSHUA J. BENNETT

I, Joshua J. Bennett, under penalty of perjury, declare as follows:

1. My name is Joshua J. Bennett. I am a partner with the law firm of Baker Hostetler LLP ("BakerHostetler"), and I am an attorney for Light & Wonder, Inc. ("L&W") in the above captioned action.

2. I submit this declaration in support of Plaintiff's Motion for Default Judgment, Permanent Injunction, and Attorneys' Fees.

3. All matters stated herein are true and correct and are based on my personal knowledge.

4. On July 9, 2025 , L&W filed it Complaint against Defendant Gamble Smart LLC. (ECF No. 1).

5. On July 9, 2025, Gamble Smart was served with the Summons and a copy of the Complaint via its registered agent. (ECF No. 10).

6. I am familiar with and have reviewed the attorneys' fees incurred and billed by BakerHostetler in this matter, and the unbilled fees and costs, as well as the standard billing rates



1

for each BakerHostetler attorney representing L&W in this matter. I believe the fees and costs for legal services related to this case are reasonable and appropriate.

7. Though Gamble Smart did not file an answer, considerable time was spent engaging in settlement discussions with Gamble Smart's initial counsel in an effort to resolve the matter and dealing with counsel's subsequent requests to withdraw. In addition, reasonable time was spent investigating the factual circumstance of the matter, drafting the Complaint, obtaining the Default, and drafting the Motion for entering Default Judgment and a Permanent Injunction.

8. Attached hereto as **Exhibit 2-A** is a true and accurate copy of a summary of the BakerHostetler invoices related to this case.

9. Attached hereto as **Exhibit 2-B** is a true and accurate copy of a summary of the hours billed by each BakerHostetler attorney related to this case, including their hourly rate.[1]

10. The total amount of fees BakerHostetler has billed to L&W in connection with this lawsuit is $40,326.50.

11. The total costs BakerHostetler has billed to L&W in connection with this lawsuit is $16,837.56. These costs are recoverable under 15 U.S.C. § 1117 and 17 U.S.C. § 505 and consist of:

    a. $605.00 in filing fees;

    b. $212.33 for service of the summons and complaint;

    c. $16,008.63 for the purchase from Gamble Smart; $12,000 of this was for the machine and hard drive and the remaining costs consist of fees associated with the purchase and shipping; and

    d. $11.60 in postage fees.

---

[1] Upon request, L&W will submit, under seal, copies of all invoices for the Court to review *in camera*.

12. In addition to the above fees, BakerHostetler has accrued unbilled fees for the month of December 2025, totaling $9,727.00.

13. The total BakerHostetler billed and unbilled legal fees and costs to this case through December 12, 2025 is $66,801.06.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December, 2025

JOSHUA J. BENNETT

| Invoice Date | Invoice Number | Relevant Fees | Relevant Costs | Total |
|---|---|---|---|---|
| 4/10/2025 | 51412472 | $ 860.00 | $ - | $ 860.00 |
| 5/13/2025 | 51425620 | $ 1,290.00 | $ - | $ 1,290.00 |
| 6/23/2025 | 51442074 | $ 3,579.25 | $ - | $ 3,579.25 |
| 7/15/2025 | 51452064 | $ 7,808.00 | $ 16,008.63 | $ 23,816.63 |
| 8/11/2025 | 51463051 | $ 4,790.75 | $ 817.33 | $ 5,608.08 |
| 9/15/2025 | 51477411 | $ 5,423.25 | $ - | $ 5,423.25 |
| 10/22/2025 | 51493441 | $ 2,962.50 | $ - | $ 2,962.50 |
| 11/18/2025 | 51505034 | $ 4,427.25 | $ 11.60 | $ 4,438.85 |
| 12/5/2025 | 51512056 | $ 9,095.50 | $ - | $ 9,095.50 |
| **Total Billed to Date:** | | **$ 40,236.50** | **$ 16,837.56** | **$ 57,074.06** |
| **Unbilled:** | | **$ 9,727.00** | **$ -** | **$ 9,727.00** |
| **Total Billed and Unbilled to Date:** | | **$ 49,963.50** | **$ 16,837.56** | **$ 66,801.06** |



PLAINTIFF'S EXHIBIT 2-A

**Robertson Beckerlegge**

| Month | Hours | Rate | Total Billed |
|---|---|---|---|
| March | 0.8 | $1,075.00 | $860.00 |
| April | 1.2 | $1,075.00 | $1,290.00 |
| May | 2.2 | $1,075.00 | $2,365.00 |
| June | 1.7 | $1,075.00 | $1,827.50 |
| July | 1.7 | $1,075.00 | $1,827.50 |
| Augst | 3.6 | $1,075.00 | $3,870.00 |
| September | 2.4 | $1,075.00 | $2,580.00 |
| October | 1.2 | $1,075.00 | $1,290.00 |
| November | 3.1 | $1,075.00 | $3,332.50 |
| December (Unbilled) | 1.3 | $1,075.00 | $1,397.50 |
| **Total** | **14.8** | | **$20,640.00** |

**Joshua Bennett**

| Month | Hours | Rate | Total Billed |
|---|---|---|---|
| March | 0 | $637.50 | $0.00 |
| April | 0 | $637.50 | $0.00 |
| May | 1.1 | $637.50 | $701.25 |
| June | 1.2 | $637.50 | $765.00 |
| July | 2.1 | $637.50 | $1,338.75 |
| Augst | 1.9 | $637.50 | $1,211.25 |
| September | 0.6 | $637.50 | $382.50 |
| October | 1.3 | $637.50 | $828.75 |
| November | 2.2 | $637.50 | $1,402.50 |
| December (Unbilled) | 1.8 | $637.50 | $1,147.50 |
| **Total** | **8.2** | | **$7,777.50** |

**Megan Corrigan**

| Month | Hours | Rate | Total Billed |
|---|---|---|---|
| March | 0 | $855.00 | $0.00 |
| April | 0 | $855.00 | $0.00 |
| May | 0.6 | $855.00 | $513.00 |
| June | 6.1 | $855.00 | $5,215.50 |
| July | 1.9 | $855.00 | $1,624.50 |
| Augst | 0.4 | $855.00 | $342.00 |
| September | 0 | $855.00 | $0.00 |
| October | 2.7 | $855.00 | $2,308.50 |
| November | 5.1 | $855.00 | $4,360.50 |
| December (Unbilled) | 8.4 | $855.00 | $7,182.00 |
| **Total** | **16.8** | | **$21,546.00** |

PLAINTIFF'S EXHIBIT 2-B