# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **LIGHT & WONDER, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  6:25-CV-00288-LS |
| | § | |
| **GAMBLE SMART LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER REFERRING MOTION

Plaintiff Light & Wonder, Inc. has filed a motion for default judgment. The Court **REFERS** the motion [ECF No. 26] to a United States Magistrate Judge randomly assigned in the Waco Division for a **REPORT AND RECOMMENDATION** on or before **April 20, 2026**.[1]

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 17, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] 28 U.S.C. § 636(b)(1); Local Court Rule CV-72.