# EXHIBIT B

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|------------------|-------------------|-----------------|
| 1 | 5 Tikis on the Move | 2021 | 03/31/2021 | 09/02/2021 | 09/02/2021 | VA 2-282-641 |
| 2 | 5 Treasures Explosion | 2021 | 04/07/2021 | 09/02/2021 | 09/02/2021 | VA 2-282-645 |
| 3 | 5 Treasures visual artwork | 2013 | 05/21/2013 | 06/02/2015 | 06/03/2015 | VA 1-956-877 |
| 4 | 88 Fortunes | 2013 | 05/21/2013 | 12/12/2017 | 12/12/2017 | VA 2-127-280 |
| 5 | 88 Fortunes Diamond | 2018 | 10/08/2018 | 11/26/2018 | 11/26/2018 | VA 2-138-942 |
| 6 | All That Glitters | 2003 | 09/18/2003 | 02/28/2008 | 03/26/2008 | VA0001639649 |
| 7 | American Original 2005 visual artwork | 2005 | 10/01/2005 | 09/07/2016 | 09/07/2016 | VA 2-020-658 |
| 8 | American Original Gold Suite | 2019 | 10/15/2019 | 02/11/2020 | 02/11/2020 | VA 2-202-310 |
| 9 | Athena Unleashed | 2019 | 10/15/2019 | 12/18/2019 | 12/18/2019 | VA 2-202-919 |
| 10 | Bier Haus Oktoberfest | 2019 | 04/15/2019 | 07/16/2024 | 09/09/2024 | PA 2-488-681 |
| 11 | Big Hot Flaming Pots Delicious Delights | 2023 | 04/14/2023 | 07/16/2024 | 09/09/2024 | PA 2-488-673 |
| 12 | Big Hot Flaming Pots Tasty Treasures | 2023 | 04/14/2023 | 07/16/2024 | 09/09/2024 | PA 2-488-679 |
| 13 | Big Money Burst Buried Treasure | 2021 | 03/31/2021 | 09/02/2021 | 09/02/2021 | VA 2-282-642 |
| 14 | Blazing X Asia | 2018 | 10/08/2018 | 11/15/2018 | 11/15/2018 | VA 2-138-946 |
| 15 | By The Bay - Ultimate Fire Link | 2017 | 10/03/2017 | 10/26/2017 | 10/26/2017 | VA 2-098-046 |
| 16 | Call of the Moon | 2015 | 09/29/2015 | 12/03/2015 | 12/03/2015 | VA 1-980-172 |
| 17 | Carnival Cow Coin Combo | 2021 | 06/08/2021 | 06/27/2023 | 04/25/2025 | VA 2-442-947 |
| 18 | Cascading Gems | 2019 | 10/15/2019 | 12/18/2019 | 12/18/2019 | VA 2-197-386 |
| 19 | Cash Burst - Force of Babylon | 2020 | 09/29/2020 | 03/03/2021 | 04/07/2021 | VA 2-245-741 |
| 20 | Cash Burst - Orb of Atlantis | 2020 | 09/29/2020 | 03/03/2021 | 09/29/2021 | VA 2-268-665 |
| 21 | Cash Crop | 2000 | 10/18/2000 | 02/28/2008 | 03/26/2008 | VA0001639652 |
| 22 | Cash Falls Add Em Up Lotus of Egypt | 2022 | 10/11/2022 | 06/27/2023 | 08/31/2023 | VA 2-360-681 |
| 23 | Cash Falls Huo Zhu | 2019 | 10/15/2019 | 12/18/2019 | 12/19/2019 | VA 2-203-833 |
| 24 | Cash Falls-Island Bounty | 2021 | 10/05/2021 | 12/17/2021 | 01/26/2022 | VA 2-284-312 |
| 25 | Cash Falls-Outback Fortune | 2021 | 10/05/2021 | 12/15/2021 | 01/26/2022 | VA 2-284-323 |
| 26 | Cash Falls-Pirate's Trove | 2020 | 06/30/2020 | 12/15/2021 | 01/26/2022 | VA 2-284-320 |
| 27 | Cash Spin  visual artwork | 2010 | 02/28/2010 | 03/22/2016 | 03/22/2016 | VA 2-000-530 |
| 28 | Cash Spin Deluxe | 2017 | 10/02/2017 | 11/06/2017 | 11/06/2017 | VA 2-098-682 |
| 29 | Cash Wheel 2005 visual artwork | 2005 | 01/10/2005 | 10/19/2016 | 10/19/2016 | VA 2-029-385 |
| 30 | Cats Hats & More Bats | 2017 | 10/03/2017 | 10/09/2017 | 10/09/2017 | VA 2-097-96 |
| 31 | City of the Gods - Double Money Link | 2021 | 10/05/2021 | 12/17/2021 | 01/26/2022 | VA 284-297 |
| 32 | Coin Combo - Hurricane Horse | 2020 | 12/15/2020 | 03/03/2021 | 04/07/2021 | VA 2-245-749 |

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|------------------|-------------------|-----------------|
| 33 | Coin Combo - Marvelous Mouse | 2020 | 12/15/2020 | 03/03/2021 | 04/07/2021 | VA 2-245-603 |
| 34 | Cyber Fantasy | 2015 | 09/29/2015 | 12/08/2015 | 12/08/2015 | VA 1-980-150 |
| 35 | Dancing Drums Explosion | 2018 | 10/08/2018 | 11/29/2018 | 11/29/2018 | VA 2-136-754 |
| 36 | Dancing Drums Golden Drums | 2023 | 10/10/2023 | 10/28/2024 | 01/06/2025 | PA 2-507-335 |
| 37 | Dancing Drums Prosperity | 2021 | 06/08/2021 | 02/11/2025 | 04/21/2025 | PA 2-526-474 |
| 38 | Deep Sea Magic | 2019 | 10/15/2019 | 01/14/2020 | 01/14/2020 | VA 2-202-847 |
| 39 | Desert Cats | 2016 | 09/27/2016 | 12/01/2016 | 12/01/2016 | VA 2-025-643 |
| 40 | DFDC Grand Dragons | 2022 | 10/11/2022 | 07/16/2024 | 09/09/2024 | PA 2-488-683 |
| 41 | DFDC Ingotcha | 2022 | 10/11/2022 | 07/16/2024 | 09/09/2024 | PA 2-488-687 |
| 42 | Diamonds & Devils Deluxe | 2021 | 10/05/2021 | 02/11/2025 | 04/21/2025 | PA 2-526-475 |
| 43 | Double Blessing | 2017 | 10/03/2017 | 10/25/2017 | 10/25/2017 | VA 2 097-098 |
| 44 | Double Money Link Lunar Celebration | 2022 | 10/11/2022 | 06/30/2023 | 04/28/2025 | VA 2-443-081 |
| 45 | Double the Money Rainforest Treasures | 2022 | 10/11/2022 | 06/30/2023 | 04/29/2025 | VA 2-443-317 |
| 46 | Dragon Legends Fire Gem | 2021 | 10/05/2021 | 07/27/2023 | 04/30/2025 | VA 2-443-531 |
| 47 | Dragon Spin | 2015 | 09/29/2015 | 12/04/2015 | 12/04/2015 | VA 1-981-007 |
| 48 | Dragon Spin Age of Fire | 2018 | 10/08/2018 | 11/15/2018 | 11/15/2018 | VA 2-136-750 |
| 49 | Dragon Spin Cross Link Air | 2023 | 10/10/2023 | 02/03/2024 | 04/24/2025 | VA 2-442-908 |
| 50 | Dragon Spin Cross Link Earth | 2023 | 10/10/2023 | 02/03/2024 | 04/24/2025 | VA 2-442-909 |
| 51 | Dragon Spin Cross Link Fire | 2023 | 10/10/2023 | 02/03/2024 | 04/24/2025 | VA 2-442-911 |
| 52 | Dragon Spin Crosslink Water | 2023 | 10/10/2023 | 07/16/2024 | 09/09/2024 | PA 2-488-689 |
| 53 | Dragon Spin visual artwork | 2015 | 08/03/2015 | 03/10/2016 | 03/10/2016 | VA 1-999-965 |
| 54 | Dragon Train-Chi Lin Wins | 2023 | 10/10/2023 | 10/23/2024 | 10/24/2024 | PA 2-495-963 |
| 55 | Dragon Train-Forever Emperor | 2023 | 10/10/2023 | 10/23/2024 | 12/27/2024 | PA 2-506-750 |
| 56 | Dragon Train-Khutulun Battle Princess | 2023 | 10/10/2023 | 10/23/2024 | 12/27/2024 | PA 2-506-763 |
| 57 | Dragon Train-Sun Shot | 2023 | 10/10/2023 | 10/23/2024 | 10/24/2024 | PA 2-496-008 |
| 58 | Dragon Trio | 2023 | 10/09/2023 | 11/09/2023 | 04/24/2025 | VA 2-442-873 |
| 59 | Dragon Unleashed Treasured Happiness | 2021 | 10/05/2021 | 07/27/2023 | 04/29/2025 | VA 2-443-376 |
| 60 | Dragons Unleashed - Prosperity Packets | 2023 | 02/28/2023 | 10/31/2024 | 01/08/2025 | PA 2-507-777 |
| 61 | Dragon's Wealth | 2019 | 06/25/2019 | 09/11/2019 | 09/11/2019 | VA 2-175-774 |
| 62 | Drop & Lock Wild Country | 2021 | 11/30/2021 | 06/28/2023 | 04/28/2025 | VA 2-443-080 |
| 63 | Duo Fu Duo Cai Pay Table 1 visual artwork | 2013 | 05/21/2013 | 09/25/2015 | 09/25/2015 | VA 1-971-140 |
| 64 | Duo Fu Duo Cai Pay Table 2 visual artwork | 2013 | 05/21/2013 | 09/25/2015 | 09/25/2015 | VA 1-971-145 |

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|------------------|-------------------|-----------------|
| 65 | Duo Fu Duo Cai Pay Table 3 visual artwork | 2013 | 05/21/2013 | 09/25/2015 | 09/25/2015 | VA 1-971-147 |
| 66 | Duo Fu Duo Cai Pay Table 4 visual artwork | 2013 | 05/21/2013 | 09/25/2015 | 09/25/2015 | VA 1-971-141 |
| 67 | Duo Fu Duo Cai Pay Table 5 visual artwork | 2013 | 05/21/2013 | 09/25/2015 | 09/25/2015 | VA 1-971-144 |
| 68 | Duo Fu Duo Cai Pay Table 6 visual artwork | 2013 | 05/21/2013 | 09/25/2015 | 09/25/2015 | VA 1-971-143 |
| 69 | Egypt | 2016 | 09/27/2016 | 12/01/2016 | 12/01/2016 | VA 2-033-263 |
| 70 | Egypt  - G+ | 2007 | 11/13/2007 | 11/16/2007 | 11/28/2007 | VA0001669712 |
| 71 | Egyptian Riches | 2019 | 10/15/2019 | 12/19/2019 | 03/04/2020 | VA 2-193-838 |
| 72 | Enchanting Charms | 2015 | 09/29/2015 | 12/21/2015 | 12/21/2015 | VA 1-984-842 |
| 73 | Epic Fortune | 2019 | 10/15/2019 | 12/19/2019 | 12/19/2019 | VA 2-203-843 |
| 74 | Eureka Reel Blast | 2017 | 10/03/2017 | 10/09/2017 | 10/09/2017 | VA 2-098-036 |
| 75 | Fat Cat Fat Fortunes | 2021 | 10/05/2021 | 07/16/2024 | 09/09/2024 | PA 2-488-710 |
| 76 | Feathered Friends | 2016 | 09/27/2016 | 12/01/2016 | 12/01/2016 | VA 2-025-682 |
| 77 | Fire Warrior (Sword of Destiny) | 2019 | 10/15/2019 | 01/07/2020 | 01/07/2020 | VA 2-203-665 |
| 78 | Fireball Frenzy Logo | 2019 | 04/01/2019 | 01/28/2020 | 03/23/2020 | VA 2-196-096 |
| 79 | Fortune Age Deluxe Reel Riches | 2019 | 06/25/2019 | 09/11/2019 | 10/28/2019 | VA 2-175-462 |
| 80 | Fortune Age Reel Riches | 2015 | 09/29/2015 | 12/07/2015 | 12/07/2015 | VA 1-980-050 |
| 81 | Fu 888 | 2017 | 10/03/2017 | 11/22/2017 | 11/22/2017 | VA 2-098-649 |
| 82 | Fu Dao Le | 2016 | 09/27/2016 | 11/02/2016 | 11/02/2016 | VA 2-045-093 |
| 83 | Fu Dao Le Baby Boy Character | 2013 | 02/06/2014 | 06/20/2019 | 06/20/2019 | VA 2-164-903 |
| 84 | Fu Dao Le Baby Girl Character | 2013 | 02/06/2014 | 06/20/2019 | 06/20/2019 | VA0002167139 |
| 85 | Glacier Gold - Ultimate Fire Link | 2017 | 10/03/2017 | 10/26/2017 | 10/26/2017 | VA 2-098-040 |
| 86 | Gold Fish Deluxe | 2015 | 09/29/2015 | 12/22/2015 | 12/22/2015 | VA 1-984-843 |
| 87 | Gold Fish Feeding Time - Castle | 2021 | 10/05/2021 | 11/04/2024 | 02/03/2025 | PA 2-512-573 |
| 88 | Gold Fish Feeding Time - Treasure | 2021 | 10/05/2021 | 11/04/2024 | 02/03/2025 | PA 2-512-572 |
| 89 | Golden Wheels Moon Empress | 2016 | 10/28/2016 | 10/28/2016 | 10/28/2016 | VA 2-045-079 |
| 90 | Golden Wheels Sun Warrior | 2016 | 09/27/2016 | 10/28/2016 | 10/28/2016 | VA 2-045-078 |
| 91 | Green Machine | 2015 | 06/29/2015 | 12/07/2015 | 12/07/2015 | VA 1-981-016 |
| 92 | Green Machine Visual Artwork | 2005 | 02/02/2005 | 03/25/2016 | 03/25/2016 | VA 2-000-537 |
| 93 | Guardian of the North | 2015 | 09/29/2015 | 12/07/2015 | 12/07/2015 | VA 1-980-184 |
| 94 | Guardian of the South | 2015 | 09/29/2015 | 12/07/2015 | 12/07/2015 | VA 1-981-017 |
| 95 | Heidi & Hannah's Bier Haus | 2019 | 04/01/2019 | 04/23/2019 | 04/23/2019 | VA 2-156-933 |
| 96 | Hoards of Loot | 2017 | 10/03/2017 | 10/19/2017 | 10/19/2017 | VA 2-098-029 |

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|------------------|-------------------|-----------------|
| 97 | Hot Blooded | 2015 | 09/29/2015 | 12/07/2015 | 12/07/2015 | VA 1-980-192 |
| 98 | Hot Blooded-16 | 2016 | 09/27/2016 | 10/27/2016 | 10/27/2016 | VA 2-045-076 |
| 99 | Hot Hot Blazing Lock | 2023 | 10/10/2023 | 02/03/2024 | 04/29/2025 | VA 2-443-315 |
| 100 | Hot Hot Blazing Lock | 2024 | Unpublished | 08/08/2024 | 04/29/2025 | VAu 1-552-485 |
| 101 | Hot Hot Blazing Lock | 2023 | 10/10/2023 | 10/28/2024 | 01/03/2025 | PA 2-507-240 |
| 102 | Hot Hot Super Shot - Tiki Tiki | 2022 | 10/11/2022 | 09/11/2024 | 10/29/2024 | PA 2-497-101 |
| 103 | Hot Hot Super Shot Rise of Ra | 2022 | 10/11/2022 | 09/11/2024 | 10/29/2024 | PA 2-497-104 |
| 104 | Hot Shot Super Link All About the Money | 2022 | 04/30/2022 | 09/11/2024 | 10/29/2024 | PA 2-497-126 |
| 105 | Huff N' Even More Puff | 2024 | 08/31/2024 | 10/28/2024 | 01/03/2025 | PA 2-507-174 |
| 106 | Huff N' More Puff | 2021 | 10/05/2021 | 12/17/2021 | 12/17/2021 | VA 2-284-317 |
| 107 | Huff N' More Puff - Power 4 | 2024 | 05/31/2024 | 10/29/2024 | 01/07/2025 | PA 2-507-534 |
| 108 | Huff N' Puff | 2018 | 10/08/2018 | 11/29/2018 | 11/29/2018 | VA 2-141-539 |
| 109 | Huff N' Puff Money Mansion | 2024 | 10/07/2024 | 10/28/2024 | 01/03/2025 | PA 2-507-175 |
| 110 | Hyper Burst Dolphin Voyage | 2024 | 03/31/2024 | 07/16/2024 | 09/09/2024 | PA 2-488-709 |
| 111 | Hyper Burst Stardog | 2023 | 10/10/2023 | 07/16/2024 | 09/09/2024 | PA 2-488-671 |
| 112 | Hypercharge Jinzita | 2023 | 06/30/2023 | 10/25/2024 | 01/02/2025 | PA 2-507-041 |
| 113 | Hypercharge Temple of Atlantis | 2023 | 10/10/2023 | 10/25/2024 | 01/02/2025 | PA 2-507-043 |
| 114 | Hypercharged Inca Jungle | 2022 | 10/11/2022 | 06/30/2023 | 04/29/2025 | VA 2-443-318 |
| 115 | Hypercharged Pyramids of Ra | 2022 | 10/11/2022 | 06/30/2023 | 04/29/2025 | VA 2-443-370 |
| 116 | Invaders Attack from the Planet Moolah | 2018 | 10/08/2018 | 09/11/2019 | 01/16/2020 | VA 2-186-341 |
| 117 | Invaders from the Planet Moolah | 2006 | 11/14/2006 | 01/17/2007 | 01/22/2007 | VA0001397993 |
| 118 | Jade Monkey Deluxe | 2003 | 09/16/2003 | 09/11/2024 | 10/29/2024 | PA 2-497-095 |
| 119 | Jewel of the Dragon Red Phoenix | 2022 | 10/11/2022 | 09/11/2024 | 10/29/2024 | PA 2-497-079 |
| 120 | Jewel of the Dragon Valley of the Tiger | 2023 | 02/16/2023 | 09/11/2024 | 10/29/2024 | PA 2-497-085 |
| 121 | Jin Ji Bao Xi - Endless Treasures | 2018 | 10/08/2018 | 11/29/2018 | 11/29/2018 | VA 2-136-755 |
| 122 | Jin Ji Bao Xi - Prancing Pigs | 2019 | 10/15/2019 | 09/28/2021 | 01/04/2022 | VA 2-280-594 |
| 123 | Jin Ji Bao Xi - Rising Fortunes | 2018 | 10/08/2018 | 11/29/2018 | 11/29/2018 | VA 2-136-757 |
| 124 | Jin Ji Bao Xi Grand Phoenix | 2022 | 08/31/2022 | 09/11/2024 | 10/29/2024 | PA 2-497-051 |
| 125 | Jin Ji Bao Xi Grand Tiger | 2022 | 09/30/2022 | 09/11/2024 | 10/29/2024 | PA 2-497-048 |
| 126 | Jin Ji Bao Xi Singing Cats | 2021 | 05/31/2021 | 09/11/2024 | 10/29/2024 | PA 2-497-052 |
| 127 | Jin Long Dao | 2017 | 01/01/2018 | 06/20/2019 | 06/20/2019 | VA0002188433 |
| 128 | Jin Long Jin Bao-Dragon | 2022 | 10/11/2022 | 07/27/2023 | 04/30/2025 | VA 2-443-540 |

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|------------------|-------------------|-----------------|
| 129 | Jinse Dao Dragon | 2018 | 10/08/2018 | 11/29/2018 | 11/29/2018 | VA 2-136-759 |
| 130 | Jinse Dao Phoenix | 2018 | 10/08/2018 | 11/29/2018 | 11/29/2018 | VA 2-138-954 |
| 131 | Journey to Planet Moolah | 2022 | 10/11/2022 | 09/11/2024 | 10/29/2024 | PA 2-497-047 |
| 132 | Kingdom of Ice (Angel Blade) | 2019 | 10/15/2019 | 01/15/2020 | 01/15/2020 | VA 2-205-010 |
| 133 | Kronos Father of Zeus | 2015 | 09/29/2015 | 12/22/2015 | 12/22/2015 | VA 1-984-830 |
| 134 | Kronos Unleashed | 2017 | 10/03/2017 | 11/07/2017 | 11/07/2017 | VA 2-098-653 |
| 135 | Leaping Lions - Thunder Drums | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-938 |
| 136 | Leprechaun's Gold Rainbow Oasis | 2018 | 10/08/2018 | 12/13/2018 | 12/13/2018 | VA 2-136-763 |
| 137 | Life of Luxury Progressive | 2006 | 11/14/2006 | 02/01/2007 | 02/05/2007 | VA0001401047 |
| 138 | Li'l Red - Colossal Reels | 2010 | 11/16/2010 | 02/10/2011 | 02/10/2011 | VA 1-759-943 |
| 139 | Lion Link Prosperous Rooster | 2023 | 10/09/2023 | 11/08/2023 | 05/01/2025 | VA 2-443-768 |
| 140 | Lion Link Wealth of the Dragon | 2023 | 10/09/2023 | 11/08/2023 | 05/01/2025 | VA 2-443-767 |
| 141 | Little Dragons | 2016 | 09/27/2016 | 10/27/2016 | 10/27/2016 | VA 2-045-077 |
| 142 | Lock It Link | 2016 | 09/27/2016 | 02/07/2019 | 02/07/2019 | VA 2-154-857 |
| 143 | Lock It Link - Hold On To Your Hat | 2018 | 10/08/2018 | 12/13/2018 | 12/13/2018 | VA 2-136-767 |
| 144 | Lock it Link Riches - Aztec Runner | 2023 | 10/10/2023 | 10/31/2024 | 01/10/2025 | PA 2-507-973 |
| 145 | Lock it Link Riches Cash Crop | 2023 | 03/30/2023 | 09/17/2024 | 11/06/2024 | PA 2-498-440 |
| 146 | Lock it Link Riches Eureka Treasure Train | 2021 | 10/05/2021 | 09/17/2024 | 11/06/2024 | PA 2-498-441 |
| 147 | Lock It Up Dragon Fire | 2022 | 10/11/2022 | 06/27/2023 | 08/31/2023 | VA 2-360-683 |
| 148 | Lock It Up Legend of Nian | 2021 | 10/05/2021 | 06/27/2023 | 04/25/2025 | VA 2-442-949 |
| 149 | Lu Lu Tong | 2018 | 10/08/2018 | 12/28/2018 | 12/28/2018 | VA 2-136-764 |
| 150 | Lucha Kitty | 2021 | 10/05/2021 | 09/17/2024 | 11/06/2024 | PA 2-498-444 |
| 151 | Lucky Toucan | 2019 | 12/03/2019 | 09/28/2021 | 01/04/2022 | VA 2-280-593 |
| 152 | Magic Lamp Explorer | 2022 | 10/11/2022 | 12/21/2023 | 04/24/2025 | VA 2-442-878 |
| 153 | Magic Lamp Pirate | 2023 | 10/09/2023 | 11/08/2023 | 05/01/2025 | VA 2-443-765 |
| 154 | Master Da Dang Jia - Fine Fortunes | 2023 | 10/10/2023 | 10/31/2024 | 02/27/2025 | PA 2-513-505 |
| 155 | Master Da Dang Jia - Vivid Diamonds | 2023 | 10/10/2023 | 10/31/2024 | 02/27/2025 | PA 2-513-514 |
| 156 | Mayan Mask - Thunder Drums | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-941 |
| 157 | Medusa Unleashed | 2019 | 10/15/2019 | 01/14/2020 | 01/14/2020 | VA 2-203-041 |
| 158 | Mighty Monkey - Coin Combo | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-945 |
| 159 | Money Coins - 88 Fortunes | 2021 | 10/05/2021 | 04/01/2023 | 05/15/2023 | VA 2-346-921 |
| 160 | Money Link - Egyptian Riches | 2018 | 10/08/2018 | 12/28/2018 | 12/28/2018 | VA 2-152-792 |

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|-----------------|-------------------|-----------------|
| 161 | Money Link - Maiden of the Hunt | 2021 | 02/28/2021 | 09/28/2021 | 01/04/2022 | VA 2-280-600 |
| 162 | Money Link - Moon Goddess | 2021 | 01/31/2021 | 09/29/2021 | 01/04/2022 | VA 2-280-598 |
| 163 | Money Link Gifts of Odin | 2019 | 10/15/2019 | 01/15/2020 | 01/15/2020 | VA 2-203-023 |
| 164 | Money Link Neptune's Realm | 2019 | 10/15/2019 | 01/15/2020 | 01/15/2020 | VA 2-200-966 |
| 165 | Money Link Power 4 | 2023 | 03/31/2023 | 02/03/2024 | 04/29/2025 | VA 2-443-437 |
| 166 | Money Link Revolution Amazon Fortune | 2022 | 10/11/2022 | 09/17/2024 | 12/09/2024 | PA 2-504-995 |
| 167 | Mystical Fortunes - Hot Hot Super Jackpot | 2006 | 11/14/2006 | 01/29/2007 | 02/05/2007 | VA0001396937 |
| 168 | Mystical Fortunes - Reel Boost | 2010 | 11/16/2010 | 02/15/2011 | 02/15/2011 | VA 1-785-983 |
| 169 | Open the Vault - Cascading Reels | 2005 | 09/12/2005 | 10/09/2006 | 10/10/2006 | VA0001384958 |
| 170 | Open the Vault Deluxe | 2015 | 09/29/2015 | 12/22/2015 | 12/22/2015 | VA 1-984-847 |
| 171 | Penny Pier - Step Right Up | 2020 | 06/24/2020 | 03/29/2021 | 04/12/2021 | VA 2-246-879 |
| 172 | Perfect Peacock - Coin Combo | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-947 |
| 173 | Piggy Bankin' | 1995 | 12/31/1995 | 02/28/2008 | 03/26/2008 | VA0001639644 |
| 174 | Pirate Ship - G+ Deluxe | 2010 | 11/16/2010 | 02/14/2011 | 02/14/2011 | VA 1-759-936 |
| 175 | Pirate Ship Bonus Audio | 2014 | 11/16/2010 | 12/04/2014 | 12/04/2014 | SR 761-196 |
| 176 | Power Link - Zeus | 2021 | 10/05/2021 | 04/01/2023 | 05/15/2023 | VA 2-346-927 |
| 177 | Power Link Neptune | 2022 | 10/11/2022 | 02/01/2025 | 04/10/2025 | PA 2-524-949 |
| 178 | Power Trio | 2023 | 10/10/2023 | 02/01/2025 | 04/10/2025 | PA 2-524-951 |
| 179 | Puffy Penguin - Fat Fortunes | 2021 | 10/05/2021 | 04/01/2023 | 05/11/2023 | VA 2-346-490 |
| 180 | Quick Hit Blitz | 2019 | 10/15/2019 | 01/22/2020 | 01/22/2020 | VA 2-205-685 |
| 181 | Quick Hit Jungle | 2015 | 09/29/2015 | 12/10/2015 | 12/10/2015 | VA 2-021-254 |
| 182 | Quick Hit Link Fire | 2023 | 10/10/2023 | 02/03/2024 | 04/29/2025 | VA 2-443-441 |
| 183 | Quick Hit Link Gem | 2023 | 09/30/2023 | 11/01/2024 | 01/23/2025 | PA 2-510-621 |
| 184 | Quick Hit Super Wheel Las Vegas | 2017 | 10/03/2017 | 11/07/2017 | 11/07/2017 | VA 2-121-714 |
| 185 | Quick Hit Ultra Pays Monkey's Fortune | 2016 | 09/27/2016 | 11/02/2016 | 11/02/2016 | VA 2-045-103 |
| 186 | Quick Hit Volcano | 2015 | 09/29/2015 | 12/10/2015 | 12/10/2015 | VA 2-082-994 |
| 187 | Raging Rhino Rampage | 2018 | 10/08/2018 | 08/26/2020 | 11/10/2020 | VA 2-222-566 |
| 188 | Rich Little Hens Founding Feathers | 2023 | 10/09/2023 | 12/19/2023 | 02/20/2024 | VA 2-383-038 |
| 189 | Rich Little Hens Rule the Roost | 2023 | 10/09/2023 | 01/03/2024 | 04/24/2025 | VA 2-442-891 |
| 190 | Rich Little Piggies Meal Ticket | 2021 | 10/05/2021 | 04/19/2024 | 06/10/2024 | PA 2-475-411 |
| 191 | Rising Fortunes - G+ - 5RV | 2008 | 11/18/2008 | 11/19/2008 | 12/19/2008 | VA0001686075 |
| 192 | Robots Must Pay | 2023 | 10/10/2023 | 02/03/2024 | 04/29/2025 | VA 2-443-446 |

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|------------------|-------------------|-----------------|
| 193 | Rolling 777 | 2020 | 02/28/2020 | 06/27/2023 | 04/25/2025 | VA 2-442-950 |
| 194 | Samuri Storm - Thunder Drums | 2023 | 06/30/2023 | 10/31/2024 | 01/10/2025 | PA 2-507-974 |
| 195 | Shi Shi Shun | 2018 | 10/08/2018 | 12/28/2018 | 12/28/2018 | VA 2-152-794 |
| 196 | Silk Moon | 2018 | 10/08/2018 | 01/14/2019 | 01/14/2019 | VA 2-150-366 |
| 197 | Southern Magic | 2016 | 11/06/2016 | 09/19/2019 | 09/19/2019 | VA 2-180-715 |
| 198 | Steam Dream | 2015 | 09/29/2015 | 12/14/2015 | 12/14/2015 | VA1-981-494 |
| 199 | Sumo Kitty | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-958 |
| 200 | Super Winning Streak Lion Eyes | 2023 | 10/09/2023 | 12/22/2023 | 04/24/2025 | VA 2-442-883 |
| 201 | Super Winning Streak Wolf Eyes | 2023 | 10/09/2023 | 12/22/2023 | 04/24/2025 | VA 2-442-886 |
| 202 | Sweet Tweets | 2019 | 10/15/2019 | 01/22/2020 | 01/22/2020 | VA 2-205-674 |
| 203 | Sword of Destiny | 2016 | 09/27/2016 | 12/05/2016 | 12/05/2016 | VA 2-025-636 |
| 204 | Ta-Da Panda | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-960 |
| 205 | Terrific Tiger - Coin Combo | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-962 |
| 206 | The Big Cheese | 2021 | 10/05/2021 | 04/14/2023 | 05/02/2025 | VA 2-443-849 |
| 207 | Three Legends Dragon Unleashed | 2023 | 02/23/2023 | 07/18/2024 | 09/09/2024 | PA 2-488-669 |
| 208 | Top Banana | 2021 | 10/05/2021 | 06/30/2023 | 04/29/2025 | VA 2-443-374 |
| 209 | Treasure Shot - Pirate Ship | 2022 | 10/11/2022 | 10/31/2024 | 01/10/2025 | PA 2-507-963 |
| 210 | Treasure Shot Robin Hood | 2022 | 10/11/2022 | 06/27/2023 | 08/31/2023 | VA 2-360-686 |
| 211 | Tree of Wealth Jade Eternity | 2016 | 09/30/2014 | 12/02/2016 | 12/02/2016 | VA 2-025-637 |
| 212 | Tree of Wealth Rich Traditions | 2016 | 09/30/2014 | 12/02/2016 | 12/02/2016 | VA 2-025-638 |
| 213 | Twin Fire Frenzy | 2018 | 10/08/2018 | 01/14/2019 | 01/14/2019 | VA 2-150-370 |
| 214 | Ultimate Fire Link | 2016 | 09/27/2016 | 11/02/2016 | 11/02/2016 | VA 2-045-097 |
| 215 | Ultimate Fire Link - China Street | 2016 | 09/27/2016 | 03/06/2024 | 06/13/2024 | VA 2-398-909 |
| 216 | Ultimate Fire Link - Route 66 | 2019 | 11/05/2018 | 04/23/2019 | 04/23/2019 | VA 2-148-179 |
| 217 | Ultimate Fire Link - Rue Royale | 2019 | 12/03/2018 | 04/23/2019 | 04/23/2019 | VA 2-158-632 |
| 218 | Ultimate Fire Link Double Explosion | 2023 | 10/10/2023 | 02/03/2024 | 04/25/2025 | VA 2-443-027 |
| 219 | Ultimate Fire Link Explosion | 2022 | 10/11/2022 | 11/04/2024 | 01/28/2025 | PA 2-511-101 |
| 220 | Ultimate Fire Link Power 4 | 2021 | 03/16/2021 | 07/05/2023 | 04/29/2025 | VA 2-361-177 |
| 221 | Ultimate Fire Link Ultra Bank - Olvera Street I | 2022 | 12/31/2022 | 11/01/2024 | 01/23/2025 | PA 2-510-620 |
| 222 | Ultra Hot Mega Link Amazon | 2019 | 10/15/2019 | 02/11/2020 | 02/11/2020 | VA 2-197-659 |
| 223 | Ultra Hot Mega Link Caribbean | 2020 | 12/31/2020 | 09/21/2024 | 02/27/2025 | VA 2-434-523 |
| 224 | Ultra Hot Mega Link Caribbean | 2020 | 12/31/2020 | 09/21/2024 | 11/08/2024 | PA 2-499-423 |

| # | Name | Year Created | Published | Application Date | Registration Date | Case/Reg Number |
|---|------|--------------|-----------|------------------|-------------------|-----------------|
| 225 | Ultra Hot Mega Link Egypt | 2020 | 08/31/2020 | 09/21/2024 | 02/27/2025 | VA 2-434-525 |
| 226 | Ultra Hot Mega Link Egypt | 2020 | 08/31/2020 | 09/21/2024 | 11/08/2024 | PA 2-499-418 |
| 227 | Ultra Hot Mega Link India | 2019 | 10/15/2019 | 02/11/2020 | 02/11/2020 | VA 2-197-958 |
| 228 | Ultra Hot Mega Link Rome | 2019 | 10/15/2019 | 02/11/2020 | 02/11/2020 | VA 2-197-947 |
| 229 | Vegas 7s | 2016 | 09/27/2016 | 12/05/2016 | 12/05/2016 | VA 2-033-265 |
| 230 | Vegas 7S 2016 visual artwork | 2016 | 09/27/2016 | 10/19/2016 | 10/19/2016 | VA 2-028-175 |
| 231 | Velocity HD | 2012 | 10/09/2012 | 12/12/2016 | 12/12/2016 | VA 2-025-679 |
| 232 | Venice 7s | 2016 | 09/27/2016 | 12/07/2016 | 12/07/2016 | VA 2-025-634 |
| 233 | Western Trails - Double Money Link | 2021 | 10/05/2021 | 12/17/2021 | 01/26/2022 | VA 2-284-290 |
| 234 | Wild Vikings Kracken Unleashed | 2021 | 10/05/2021 | 02/01/2025 | 04/10/2025 | PA 2-524-969 |
| 235 | Zeus - G+ | 2006 | 11/14/2006 | 01/17/2007 | 01/22/2007 | VA0001397992 |
| 236 | Zeus - G+ - 5RM | 2008 | 11/18/2008 | 12/05/2008 | 12/08/2008 | VA0001710489 |
| 237 | Zeus Son of Kronos | 2015 | 09/29/2015 | 12/22/2015 | 12/22/2015 | VA 1-984-839 |
| 238 | Zeus Unleashed | 2017 | 10/03/2017 | 11/22/2017 | 11/22/2017 | VA 2-098-648 |
| 239 | Zodiac Lanter Tiger | 2022 | 10/11/2022 | 10/25/2024 | 01/02/2025 | PA 2-507-053 |
| 240 | Zodiac Lantern Rabbit | 2022 | 10/11/2022 | 10/25/2024 | 01/02/2025 | PA 2-507-052 |