# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LIGHT & WONDER, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **No.  6:25-CV-00288-LS** |
| | § | |
| **GAMBLE SMART LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND GRANTING MOTION FOR DEFAULT JUDGMENT IN PART

Plaintiff Light & Wonder, Inc. moves for default judgment against Defendant Gamble Smart, LLC, on its copyright infringement, trademark infringement, and Lanham Act claims. The Court referred the motion to the Honorable Dan MacLemore for report and recommendation.[1] He recommended that the Court grant the motion for default judgment and award Plaintiff $1,020,000 in statutory damages, $605.00 in costs, $49,963.50 in attorneys' fees, and a permanent injunction.[2]

Plaintiff filed a motion to amend the judgment, which the Court construes as an objection to the report and recommendation.[3] Plaintiff states that 240 registered copyrights were infringed upon, but, due to a typo, Plaintiff's motion for default judgment reflected that 204 registered copyrights were infringed.[4] Thus, Plaintiff requests $1,200,000 in damages, rather than $1,020,000.[5] Defendant also objected to the report and recommendation but filed its objection *pro*

---

[1] ECF No. 28.
[2] ECF No. 29 at 16.
[3] ECF No. 30.
[4] *Id.* at 2.
[5] *Id.*

*se*. It is a "well-settled rule of law that a corporate entity cannot appear in federal court unless represented by a licensed attorney."[6] Thus, the Court strikes Defendant's objection.

The Court **GRANTS** Plaintiff's motion to amend the judgment [ECF No. 30]. The Court **ADOPTS IN PART** the report and recommendation of the Magistrate Judge, **GRANTS IN PART** Plaintiff's motion for default judgment against Defendant Gamble Smart, LLC, [ECF No. 26], and **AWARDS** Plaintiff $1,200,000 in statutory damages, $605.00 in costs, $49,963.50 in attorneys' fees, and a permanent injunction. The Court also **STRIKES** Defendant's motion to inform the Court of Plaintiff's refusal to negotiate [ECF No. 25] and Defendant's response to Plaintiff's motion for default judgment [ECF No. 27], as neither was filed by an attorney.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 25, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[6] *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004); *see also Cunningham v. Headstart Warranty Grp., LLC*, No. 3:24-cv-545-X-BN, 2024 WL 1810481, at *2 (N.D. Tex. Apr. 25, 2024) (holding that the rule that a corporation must be represented by counsel also applies to LLCs).