# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LIGHT & WONDER, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  6:25-CV-00288-LS |
| | § | |
| **GAMBLE SMART LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment in favor of Plaintiff Light & Wonder, Inc., and awards it $1,200,000.00 in statutory damages, $605.00 in costs, $49,963.50 in attorneys' fees, and the attached permanent injunction. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 25, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **LIGHT & WONDER, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  6:25-CV-00288-LS |
| | § | |
| **GAMBLE SMART LLC,** | § | |
| | § | |
| *Defendant.* | § | |

**PERMANENT INJUNCTION**

This matter comes before the Court by motion filed by L&W for the entry of final judgment and permanent injunction by default against Gamble Smart for its copyright infringement, trademark infringement, unfair competition and false designation of origin claims arising out of Gamble Smart's unauthorized use of L&W's L&W Trademarks, L&W Common Law Trademarks and L&W Copyrights (as defined in L&W's Complaint, Dkt. No. 1) including, without limitation, in its advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling unauthorized gaming machines and software, containing identical or substantially indistinguishable copies of the L&W Trademarks, L&W Common Law Trademarks and/or L&W Copyrights. Having **GRANTED** judgment in L&W's favor on all counts, the Court **ORDERS** that Gamble Smart, along with all of its officers, agents, servants, employees, representatives, successors, assigns, attorneys, and all other persons acting on behalf of, for, with, through, or under authority from Gamble Smart, or in concert or participation with Gamble Smart, who receive actual notice of this Order, are permanently enjoined and restrained from:

  A.  Using in connection with the manufacture, sale, offering for sale, distribution, advertising, or promotion of any goods or services, including but not limited to use

on the products themselves, and/or on the labels or packaging for the products and/or advertising or promotional materials for such products or services any reproduction, counterfeit, copy, or colorable imitation of the L&W Trademarks or L&W Common Law Trademarks, or any other trademarks, service marks, names, trade names, trade dresses, logos, designs, that are substantially indistinguishable from, confusingly similar to, or dilutive of any of the L&W Trademarks or L&W Common Law Trademarks;

B.    Engaging in any course of conduct likely to cause confusion, deception, or mistake, or to injure L&W's business reputation or dilute the distinctive quality of L&W's name and the L&W Trademarks or L&W Common Law Trademarks;

C.    Using a false description or representation, including words or other symbols tending to falsely describe or represent Gamble Smart's unauthorized goods as being those of L&W, or as being sponsored by, licensed by, authorized by, originating from, or otherwise associated with L&W, and from offering such goods into commerce;

D.    Further infringing the L&W Trademarks and L&W Common Law Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by L&W bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the L&W Trademarks or L&W Common Law Trademarks;

E.    Using any simulation, reproduction, counterfeit, copy or colorable imitation of the L&W Trademarks or L&W Common Law Trademarks in connection with the

rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation, or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to L&W, or to any goods sold, manufactured, sponsored, approved by, or connected with L&W;

F.  Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed, sold, or rented by Gamble Smart is in any manner associated with, connected to L&W, or is sold by, manufactured by, licensed by, sponsored by, approved by, or authorized by L&W;

G.  Copying, displaying, distributing or creating derivative works of the L&W Copyrights;

H.  Engaging in any activity constituting an infringement of any of the L&W Trademarks, L&W Common Law Trademarks or L&W Copyrights or of L&W's rights in, or to use or to exploit, said L&W Trademarks, L&W Common Law Trademarks or L&W Copyrights, or constituting any dilution of L&W's name, reputation or goodwill;

I.  Secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying

4

of all unauthorized products which infringe the L&W Trademarks, L&W Common Law Trademarks, or L&W Copyrights;

J.      Selling, offering for sale, or advertising any merchandise bearing the L&W Trademarks, L&W Common Law Trademarks, or L&W Copyrights on the Internet or in e-commerce, including but not limited to all forms of social media; and

K.      Effecting assignments or transfers, forming new entities or associations, assisting, aiding, abetting any other person or entity, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (J).

The Court further **ORDERS** that Gamble Smart be ordered to recall and deliver up for destruction to L&W all unauthorized products and materials containing copies of, bearing, or sold under, the L&W Trademarks, L&W Common Law Trademarks, or containing or embodying copies of the L&W Copyrights, which have been shipped by Gamble Smart or under their authority, to any customer, including but not limited to, any wholesaler, distributor, retailer, consignor, or marketer, and also to deliver to each customer a copy of this Court's order as it relates to the injunctive relief against Gamble Smart.

Gamble Smart must also supply L&W with the name, address and contact information for each person or entity from whom or from which Gamble Smart has purchased or obtained any item bearing L&W Trademarks, L&W Common Law Trademarks or L&W Copyrights, including copies of all records and receipts of the aforementioned sales.

Any failure by Gamble Smart to comply with the terms of this Order shall be deemed contempt of Court, subjecting Gamble Smart to contempt remedies to be determined by the Court, including fines and seizures of property.

This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 25, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**